S89A0323. EVANS v. BOWERS et al.
(385 SE2d 412)

Marshall, Chief Justice.

This appeal is dismissed for failure of the appellant to comply with the order of this Court directing the filing of briefs (which include the enumeration of errors) by August 31, 1989. *Crane v. State,* 249 Ga. 501 (292 SE2d 67) (1982) and cits.

*Appeal dismissed. All the Justices concur.*

Decided September 28, 1989.

*Richard Evans, pro se.*

*Michael J. Bowers, Attorney General, William B. Hill, Jr., Deputy Attorney General, William F. Amideo, Assistant Attorney General, Karen K. Karabinos,* for appellees.